**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| for the use and benefit of ) | | |
| GREENMOOR, INC., ) | | |
| ) | | |
| Plaintiff, ) | Civil Action No. 06-234 | |
| ) | | |
| v. ) | Magistrate Judge Bissoon | |
| ) | | |
| TRAVELERS CASUALTY AND ) | | |
| SURETY COMPANY OF AMERICA ) | | |
| and BURCHICK CONSTRUCTION ) | | |
| COMPANY, INC., ) | | |
| ) | | |
| Defendants. ) | | |

## **ORDER**

In light of the Court of Appeals for the Third Circuit's Order dated September 30, 2010 (*see* Ex. A to Doc. 173), the District Court will defer its adjudication regarding the amount of attorneys' fees to be awarded to Defendants, pending further ruling from the Third Circuit Court. *See* Mondrow v. Fountain House, 867 F.2d 798, 800 (3d Cir. 1989) (although district courts "should continue to exercise their jurisdiction when faced with clearly premature notices of appeal," this rule "is not an invitation for district courts to resolve thorny issues of appellate jurisdiction").

IT IS SO ORDERED.

October 4, 2010

s\Cathy Bissoon
Cathy Bissoon
United States Magistrate Judge

cc (via ECF e-mail notification):

All Counsel of Record